UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| **THOMAS L. SANDERSON,** an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>**ANDREW BAILEY,** in his official capacity as Attorney General of the State of Missouri; and **JAMES HUDANICK,** in his official capacity as Chief of Police of the city of Hazelwood, Missouri<br><br>             **Defendants.** | Civil Action:<br><br>Case No.  4:23-cv-01242-SPM |

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, the following documents were served upon the below-described parties via Federal Express, overnight delivery, on October 11, 2023:

**DOCUMENT(S):**

1. **NOTICE OF MOTION AND MOTION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER**

3. **[PROPOSED] TEMPORARY RESTRAINING ORDER**

1

2

**SERVICE ADDRESS(ES):**

DEFENDANT ANDREW BAILEY
   ATTORNEY GENERAL OF MISSOURI
Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101


DEFENDANT JAMES HUDANICK, CHIEF OF POLICE
Hazelwood Police Department
415 Elm Grove Lane
Hazelwood, MO 63042


I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 11th day of October, 2023, in Sacramento, CA.

                                                                                                  _____
                                                                                                  Janice M. Bellucci, attorney for Plaintiff