UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS L. SANDERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW BAILEY,<br>*in his official capacity as Attorney General*<br>*of the State of Missouri, et al.,*<br><br>   Defendants. | Case No. 4:23CV1242 JAR |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Thomas L. Sanderson's Request for Declaratory and Permanent Injunctive Relief is **GRANTED**. Missouri Revised Statute Section 589.426.1(3) is hereby declared **UNCONSTITUTIONAL** under the First and Fourteenth Amendments of the United States Constitution.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that The State of Missouri, by and through, Defendant Andrew Bailey, in his official capacity as the Attorney General, and James Hudanick, in his official capacity of Chief of Police of the City of Hazelwood, Missouri, as well as their officers, agents, employees, and attorneys, are **PERMANENTLY ENJOINED STATEWIDE** from implementing, applying, or taking any action whatsoever to enforce Missouri Revised Statute Section 589.426.1(3), requiring any person required to register as a sexual offender under sections 589.400 to 589.425 to post a sign at his or her residence stating, "No candy or treats at this residence" on October thirty-first. <u>This Order only relates to the enforcement of Section 589.426.1(3) of the Halloween Statute and does not affect the validity of its other sections.</u>

Dated this 2nd day of October, 2024.

                    _____
                    **JOHN A. ROSS**
                    **UNITED STATES DISTRICT JUDGE**