# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 13, 2026

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

      RE:  24-3120  Thomas Sanderson v. Catherine Hanaway
           24-3204  Thomas Sanderson v. James Hudanick

Dear Clerk:

      Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced cases.

                                Susan E. Bindler
                                Clerk of Court

AMT

Enclosure(s)

      District Court/Agency Case Number(s):  4:23-cv-01242-JAR

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 8, 2026

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

     Re:  Catherine L. Hanaway, in Her Official Capacity as Attorney
          General of Missouri, et al.
          v. Thomas L. Sanderson
          No. 26-34
          (Your No. 24-3120, 24-3204)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 6, 2026 and placed on the docket July 8, 2026 as No. 26-34.

Sincerely,

**Scott S. Harris**, Clerk

by

Brianca Smith
Case Analyst